(Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the Village of Angola against the Lake Shore & Michigan Southern Railway Company. No opinion. Judgment (151 App. Div. 896, 135 N. Y. Supp. 1148), so far as appealed from, affirmed, with costs.

VOGELFANGER, Appellant, v. ENGEL, Respondent. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Harry Vogelfanger, an infant, by Jacob Vogelfanger, his guardian ad litem, against Martin Engel. No opinion. Judgment and order unanimously affirmed, with costs.

VON HOFE, Appellant, v. BOELSEN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by John G. Von Hofe against Helmer F. Boelsen and others. J. Poth, of New York City, for appellant. J. B. Leavitt, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

WACHT, Respondent, v. GOODMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Tillie Wacht against Aaron Goodman. W. T. Kohn, of New York City, for appellant. I. Hershfield, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WALCOFF, Appellant, v. BITTKER, Respondent. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Philip Walcoff, individually, etc., against Isaac Bittker. S. Falk, of New York City, for appellant. M. H. Rothstein, of New York City, for respondent. No opinion. Judgment (67 Misc. Rep. 414, 122 N. Y. Supp. 680) affirmed, with costs. Order filed.

WALDEN PRESS v. MACOY PUBLISHING & MASONIC SUPPLY CO. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by the Walden Press against the Macoy Publishing & Masonic Supply Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 141 N. Y. Supp. 1150.

WALDEN PRESS v. MACOY PUBLISHING & MASONIC SUPPLY CO. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by the Walden Press against the Macoy Publishing & Masonic Supply Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1150.

WALKER v. DRESSLER. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Geo. W. Walker against Anna Dressler. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1102.

WALLDORF, Respondent, v. TAYLOR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by George D. Walldorf against Mark E. Taylor and others. No opinion. Judgment and order affirmed, with costs.

WALLMER, Appellant, v. ROBERTS et al., Respondents. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Ida Wallmer against George W. Roberts and another. H. S. Hertwig, of New York City, for appellant. J. H. Seymour, of New York City, for respondents. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. SCOTT and DOWLING, JJ., dissent.

WARD v. MONTROSS et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Emily Ward against Ambrose C. Montross and Frank Hardy, copartners, etc., and others. PER CURIAM. Judgment modified, by providing that defendants be restrained and enjoined from operating a roller coaster maintained by them upon premises under their control at Rye Beach, in the village and town of Rye, after the hour of 7 o'clock, p. m., and, as so modified, affirmed, without costs of this appeal. JENKS, P. J., votes to affirm the judgment, with costs.

WATERPROOFING CO. v. HYDROLITHIC CEMENT CO. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by the Waterproofing Company against the Hydrolithic Cement Company. No opinion. See memorandum per curiam. See, also, 153 App. Div. 47, 138 N. Y. Supp. 265.

WATERS v. LANG et al. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by John J. Waters against Minnie Lang and another. No opinion. Application denied, with $10 costs. Order signed. See, also, 79 Misc. Rep. 240, 139 N. Y. Supp. 844.

In re WEILL. (Supreme Court, Appellate Division, First Department. April 25, 1913.) In the matter of Moses Weill. No opinion. Referred to official referee. Settle order on notice.

In re WEISELL. (Supreme Court, Appellate Division, First Department. April 25, 1913.) In the matter of William Weisell, deceased. No opinion. Decree affirmed, with costs. Order filed.

WELLS, Respondent, v. GIFFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Edward G. Wells against George P. Gifford. No opinion. Judgment affirmed, with costs.

WESTCHESTER TRUST CO., Respondent v. CONDON et al., Appellants. (Supreme